O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR99-802-CAS-3 |
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF |
| JUALIAN PADILLA, | ) | SUPERVISED RELEASE AND |
| Defendant. | ) | JUDGMENT |
| _____ | ) | |

On January 5, 2017, this matter came before the Court on Petition on Probation and Supervised Release originally filed on December 13, 2016.  Government counsel, Catherine Ahn, the defendant and his appointed DFPD attorney, Seema Ahmad, were present.  The U.S. Probation Officer, Dillon Felkel, was also present.

The defendant admitted  allegation  no. 1, in violation of his supervised release, as stated in the Petition filed on December 13, 2016.  The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on or around July 18, 2001.

IT IS HEREBY ORDERED that the defendant continue on supervised release upon the same terms and conditions originally imposed, with the following additional condition:

///

///

///

1)     The defendant shall participate for a period of four (4) months in a home detention program, which shall not include any electronic monitoring. The defendant shall be restricted to his residence at all times except for work, medical needs or treatment, and faith based activities, as directed by the Probation Officer.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:     January 6, 2017

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: ____/S/_____
    Connie Lee,  Deputy Clerk